No. 68231.—Joly & Nelson and Lansen-Naeve Corp. et al. *v.* United States, protests 59/16008(A), etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68232.—Associated Dry Goods Corp. (Lord & Taylor Div.) et al. *v.* United States, protests 60/11149, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68233.—W. J. Byrnes & Co., Inc., and Sincere Importing Co. et al. *v.* United States, protests 61/6501, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.